# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE ACERO,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. CV 14-9597-JPR<br><br>**JUDGMENT** |

For the reasons set forth in the accompanying Memorandum Opinion and Order, it is hereby ADJUDGED AND DECREED that (1) Plaintiff's request for an order reversing the Commissioner's decision is GRANTED; (2) the Commissioner's request for an order affirming the Commissioner's final decision and dismissing the action is DENIED; and (3) judgment is entered in Plaintiff's favor.

DATED: March 14, 2016

                                          */s/ Jean Rosenbluth*
                                          JEAN ROSENBLUTH
                                          U.S. Magistrate Judge