1  JAMES P. SHEA (State Bar No. 162483)
   LAW OFFICE OF JAMES P. SHEA
2  5055 Wilshire Blvd., Suite 830
   Los Angeles, CA 90036
3  Telephone: 323-954-9605
   Fax: 323-954-9012
4  E-mail: lawoffice5055@aol.com

5  Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DIANE ACERO, | NO. 2:14-CV-09597-JPR |
| Plaintiff, | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS ORDERED that EAJA fees are awarded in the amount of four thousand, seven hundred eleven dollars and eight cents ($4,711.08), and costs pursuant to 28 U.S.C. § 1920 in the amount of four hundred dollars and no cents ($400.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: May 4, 2016                       _____
                                         HON. JEAN ROSENBLUTH
                                         UNITED STATES MAGISTRATE JUDGE